THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Edward Burton, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Abbeville County
 James E. Lockemy, Circuit Court Judge
Memorandum Opinion No. 2007-MO-073
Submitted December 6, 2007  Filed
 December 17, 2007   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Assistant
 Appellate Defender Aileen P. Clare, of South Carolina Commission on Indigent
 Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: We
 granted certiorari to review the post-conviction relief courts denial of
 relief to petitioner.  We now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.